AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Denis Abrahan Chirinos-Chirinos

United States District Court
Southern District Of Texas
FILED
MAY 24 2019
David J. Bradley, Clerk

IAE YOB: 1979
Honduras
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19- 1191 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 22, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Denis Abrahan Chirinos-Chirinos was encountered by Border Patrol Agents near Mission, Texas on May 22, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 22, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 21, 2018 through Miami, Florida. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 9, 2011 the defendant was convicted of 8 USC 1326 Being found in the United States after previous deportation and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Approved by AUSA A. He nuff*
*5/24/19*

Sworn to before me and subscribed in my presence,

May 24, 2019

J. Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Julio C. Pena        Border Patrol Agent

Signature of Judicial Officer